# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERTO TORRES** and **TAR INVESTMENT HOLDINGS, INC.,**
Appellants,

v.

**JP III HOLDINGS, LLC,**
Appellee.

No. 4D2024-1366

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE21007496.

Byron Acosta of Law Office of Byron Acosta, P.A., Lake Worth, and Danay Hernandez of Danay Hernandez, P.A., Celebration, for appellants.

Maria L. Larrabure of Sanchez Vadillo, LLP, Doral, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***